IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MICAH MUNGER,<br><br>    Plaintiff,<br><br>vs.<br><br>FRANK BISIGNANO, Commissioner of Social Security;<br><br>    Defendant. | 8:25CV544<br><br>**ORDER** |

  The above-captioned case was randomly assigned to the undersigned magistrate judge for final disposition, and the government's answer and the administrative record have now been filed. Unless all parties consent to final disposition by a magistrate judge, the undersigned cannot enter a ruling on the merits of this case. If the parties do not so consent, the case will be reassigned to a district judge. Accordingly,

  **IT IS ORDERED**:

1. If the parties consent to final disposition of the case by the undersigned magistrate judge, on or before **December 8, 2025**, they shall complete the "CONSENT TO RANDOM ASSIGNMENT TO MAGISTRATE JUDGE" located on the court's website at http://www.ned.uscourts.gov/forms/. After all parties have signed this form, e-mail it in .pdf format to clerk@ned.uscourts.gov. Do not electronically file this form or submit it to chambers.

2. In the absence of timely submitting the attached form in accordance with paragraph (1) of this order, the case will be reassigned to a district judge.

Dated this 7th day of November, 2025.

                     BY THE COURT:

                     s/Michael D. Nelson
                     United States Magistrate Judge